IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-2776

EVAN F. BABCOCK,

        Plaintiff,

v.

BRANDON MORGAN, an individual, and
K&B TRANSPORTATION, INC., an Iowa company,

        Defendants.

## NOTICE OF REMOVAL

TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLORADO

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Brandon Morgan and K&B Transportation, Inc. ("Defendants") hereby remove this action from the District Court, Arapahoe County, Colorado, to the United States District Court for the District of Colorado on the grounds that there is diversity jurisdiction under 28 U.S.C. § 1332. In support of removal, Defendants state as follows:

### BACKGROUND

1.    On September 5, 2019, Plaintiff Evan Babcock filed a Complaint against Defendants in the District Court, Arapahoe County, Colorado, which was assigned Case Number 2019CV032129 ("State Court Action"). (Compl., attached hereto as Exhibit A.)

2. Also on September 5, 2019, Plaintiff's counsel sent a copy of the Complaint filed in the State Court Action to counsel for Defendants, along with a waiver of service. (*See* Ltr. to B. Cross, attached hereto as Exhibit B.)

3. On September 10, 2019, Defendants' counsel executed a waiver of service on behalf of Defendants. (*See* Waiver and Acceptance of Service, attached hereto as Exhibits C and D.)

4. The allegations in the Complaint arise out of an accident that occurred on August 15, 2017, on Interstate 70 in Arapahoe County, Colorado. (*See generally* Compl.)

5. Plaintiff alleges that Defendant Morgan negligently drove a commercial vehicle owned by Defendant K&B Transportation, Inc. onto the shoulder of the highway, causing it to collide with Plaintiff's vehicle. (*Id.* ¶¶ 12-20.)

6. Plaintiff alleges that he was severely injured as a result of the accident, and that Defendant Morgan's negligence caused the accident. (*Id.* ¶¶ 53, 101.)

7. Plaintiff further alleges that Defendant K&B Transportation, Inc. is vicariously liable for the alleged negligence of Defendant Morgan and any damages that he suffered from the accident. (*Id.* ¶¶ 140-152.)

8. The civil cover sheet that Plaintiff filed in the State Court Action states that Plaintiff is seeking monetary judgment for more than $100,000, excluding attorney fees, interest and costs. (Civ. Cover Sheet at 2 (attached hereto).)

## GROUNDS FOR REMOVAL

### I. REMOVAL IS TIMELY

9. This Notice of Removal is filed within thirty days after Defendants were sent a copy of the Complaint on September 5, 2019.

10. Removal of this action is therefore timely under 28 U.S.C. § 1446(b)(1). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (stating that "defendant's period for removal will be no less than 30 days from service").

### II. DIVERSITY JURISDICTION EXISTS

11. A notice of removal need only plausibly allege facts establishing diversity jurisdiction. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014). Extrinsic proof of facts establishing diversity jurisdiction may be required only when the plaintiff challenges or the court questions jurisdiction. *See id.*

12. Plaintiff is a resident of and domiciled in Colorado. (Compl. ¶ 1.)

13. Defendant Morgan is a resident of and domiciled in California. The Complaint inaccurately states that he is a resident of and domiciled in Texas. (Compl. ¶ 2.)

14. Defendant K&B Transportation, Inc. is an Iowa Corporation with its principal place of business in Nebraska. (Compl. ¶ 3.)

15. Because Plaintiff and Defendants are citizens of different states and no defendant is a citizen of Colorado, complete diversity of citizenship exists. *See* 28 U.S.C. §§ 1332(a)(1), 1332(c)(1), and 1441.

### III. THE AMOUNT IN CONTROVERSY EXCEEDS $75,000, EXCLUSIVE OF INTEREST AND COSTS

16. As stated in the Civil Cover Sheet filed in the State Court Action, the amount in controversy in this action exceeds $75,000, exclusive of interest and costs, as is required to maintain diversity jurisdiction. *See Dart Cherokee*, 135 S. Ct. at 554 ("[A]s specified in § 1446(a), a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold.").

### VENUE

17. Venue is proper in the District of Colorado pursuant to 28 U.S.C. §§ 1391(b)(2) and 1446(a).

### PROCESS, PLEADINGS, AND ORDERS SERVED

18. As required by 28 U.S.C. § 1446(a), Civil Local Rule 81.1, and this Court's Electronic Case Filing Procedure, copies of service of process, pleadings, and orders filed in the State Court Action are attached to this Notice of Removal. Additionally, a copy of the State Court docket sheet, as of today's date, is attached to this Notice of Removal as Exhibit E.

### NOTICE OF REMOVAL

19. Pursuant to 28 U.S.C. § 1446, the filing of a copy of this Notice with the Clerk of the State Court effects the removal of the State Court Action. A copy of the Notice of Filing of Notice of Removal filed contemporaneously in the State Court Action is attached hereto as Exhibit F.

## NO WAIVER

20. No waiver, and no admission of fact, law, or liability, including without limitation, the amount of damage, if any, is intended by this Notice of Removal, and all defenses, affirmative defenses, and rights are hereby reserved.

## CONCLUSION

21. For the reasons set forth above, Defendants remove this action to the United States District Court for the District of Colorado.

Dated: September 27, 2019                    Respectfully submitted,


*s/ Bryan D. Cross*
Bryan D. Cross
Kurt Rozelsky
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: cross@wtotrial.com
          rozelsky@wtotrial.com

*Attorney for Defendants,
Brandon Morgan and K&B Transportation*

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on September 27, 2019, I caused to be electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **A. Gary Bell, Jr.**
  garybell@bellpollock.com, kelly@bellpollock.com

- **Bradley P. Pollock**
  bradpollock@bellpollock.com

*s/ Bryan D. Cross*