# EXHIBIT 21

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-CV-02776-PAB

EVAN BABCOCK,

    Plaintiff,

v.

BRANDON MORGAN, an Individual, and
K&B TRANSPORTATION, INC., an Iowa Company,

    Defendants.

---

## PLAINTIFF EVAN BABCOCK'S FED. R. CIV. P. 26(a)(2) REBUTTAL EXPERT WITNESS DISCLOSURES

---

COMES NOW the Plaintiff, Evan Babcock, by and through his attorneys, BELL & POLLOCK, P.C., and hereby submits the following Rebuttal Expert Witness Disclosures pursuant to Fed. R. Civ. P. 26(a)(2).

Plaintiff is still treating for the devastating injuries sustained as a result of the accident which occurred on August 15, 2017. Documentation concerning Plaintiff's injuries, damages and losses have been provided to counsel for the Defendants, including expert witness reports and opinions as well as future prognoses. Plaintiff's damages and losses are continuing and will continue throughout his entire life. Plaintiff reserves the right to supplement and/or amend this Expert Witness Disclosure.

Plaintiff's Expert Witness Disclosures, dated April 2, 2020, including all documentation, information, records, bills, and reports provided therein are incorporated herein by this specific reference.

### (I).   RETAINED EXPERTS

The previous preliminary statements and disclosures provided by Plaintiff in the Expert Witness Disclosure are incorporated herein.

Plaintiff's Rebuttal Expert Witness Disclosures include the following:

1

1.   **Dr. Dennis Helffenstein**
     Colorado Neuropsychological Associates
     10 Inverness Drive, Suite 215
     Englewood, Colorado 80112
     Phone: 720-529-0190

Dr. Helffenstein's rebuttal Report dated June 22, 2020 is attached as Exhibit 1-A and is incorporated herein in its entirety. His original report(s) were previously disclosed and are also incorporated herein.

This expert will testify that Plaintiff's injuries are permanent. He has restrictions. His injuries have and will continue to impact and affect him for the rest of his life. He will testify that the testing conducted at Colorado Neuropsychological Associates, and the brain scan conducted by Cere Scan confirm and affirm the diagnoses of Dr. Helffenstein. Plaintiff's life has changed since the accident and the significant injuries suffered by the Plaintiff will affect him for the remainder of his life. The injuries have and will continue to prevent Mr. Babcock from being gainfully employed. Plaintiff will never work again. He will never drive again. He will require 24/7 care for the rest of his life and needs help managing his life, his financial affairs and his medications. The injuries have and will affect Plaintiff's ability to engage in activities and to enjoy life. Dr. Helffenstein may rely on Plaintiff's medical records, as well as the treatment by other providers and their opinions, findings, recommendations and diagnoses. He will testify Plaintiff suffered significant trauma from the collision, and injuries, damages and losses, including medical consequences, limitations of functioning, including activities of daily living.

Dr. Helffenstein's opinions and his reports are incorporated herein. He will testify that all the medical expenses were reasonable, necessary and were caused by and the result of

the subject incident which occurred on August 15, 2017 are endorsed and designated as exhibits that said witness may refer to and testify about at trial.

Dr. Helffenstein's charges for review of medical records and defense reports identified in his rebuttal report and charges for the rebuttal report are $15,750.00.

2. **Dr. S Gregory Hipskind**
   CereScan
   991 South Park Dr.
   Suite 200
   Littleton, CO 80120
   Phone: 720-242-9081
   Phone: 720-732-3854

Dr. Hipskind's rebuttal Report dated June 24, 2020 is attached as Exhibit 2-A and is incorporated herein in its entirety. His original report(s) were previously disclosed and are also incorporated herein.

This expert will testify that the brain SPECT imaging confirms the areas of injury that Plaintiff suffered as a result of the subject accident. He also performed his own independent review of all records which confirm his injuries and the brain scan. He will testify Plaintiff's injuries are permanent and they will continue to impact and affect him for the rest of his life; his activities are limited. The types of injuries suffered by Plaintiff will prevent him from working. He has suffered permanent restrictions. Dr. Hipskind may rely on Plaintiff's medical records and the diagnoses and opinions of his treating physicians and other retained experts. Dr. Hipskind will describe and may demonstrate the imaging procedures and protocol utilized by Cere Scan. He will use the pictures and films of the brain scan to demonstrate and explain.

Dr. Hipskind's opinions and his reports are incorporated herein. He will testify that Plaintiff underwent substantial medical treatment and incurred medical expenses as a result of the accident. .

3

Dr. Hipskind's charges for review of medical records and defense reports identified in his rebuttal report and charges for the rebuttal report are $4,000.00.

3. **Dr. Bennett Machanic – IME**
Bennet I. Machanic, M.D., LLC
3955 E. Exposition Avenue, Suite 100
Denver, CO 80209
Phone: 720-583-1754

Dr. Machanic's rebuttal Report dated June14, 2020 is attached as Exhibit 3-A and is incorporated herein in its entirety. His original report(s) were previously disclosed and are also incorporated herein.

Dr. Machanic will testify in accordance with his reports regarding Plaintiff, including the injuries suffered, which injuries are permanent. He will testify Plaintiff's activities of daily living, as well as his recreational and social activities have been affected. He will not be able to work and will need care and supervision for the rest of his life, 24/7.

Dr. Machanic's opinions and his reports are incorporated herein. He will testify that Plaintiff suffered injuries as a result of the August 15, 2017 accident for which he sought medical treatment from health care providers and he incurred medical expenses as a result.

Dr. Machanic's charges for review of medical records and defense reports identified in his rebuttal report and charges for the rebuttal report are $2,587.50.

4. **Dr. Frederic Sonstein**
Brain and Spine Injury Specialists
333 West Hampden Avenue, Suite 800
Englewood, CO 80110
Phone: 303-789-5195

Dr. Sonstein's rebuttal Report dated June 22, 2020 is attached as Exhibit 4-A and is incorporated herein in its entirety. Dr. Sonstein E-signed his report. His original report(s) were previously disclosed and are also incorporated herein.

4

Dr. Sonstein will testify the Plaintiff sustained a severe traumatic brain injury from the accident and underwent testing by doctors to confirm the diagnoses of TBI. Plaintiff's brain has provable, demonstrable atrophy and has shrunk and has been permanently, physically altered. He has permanent physical impairments in his brain and his body. He will testify Plaintiff has restrictions and limitations as a result of his injuries and he will need 24/7 supervision. The injuries have affected and will continue to affect his activities of daily living, and he will not be able to work. He cannot take care of himself.

Dr. Sonstein's opinions and his reports are incorporated herein.

Dr. Sonstein's charges for review of medical records and defense reports identified in his rebuttal report and charges for the rebuttal report are $3,000.00.

5. **Sherry Young** – Functional Capacity
   Starting Point Rehabilitation
   5480 West 60th Avenue
   Arvada, CO 80003
   Phone: 303-202-9090

Sherry Young's rebuttal Report dated June 22, 2020 is attached as Exhibit 5-A and is incorporated herein in its entirety. Her original report(s) were previously disclosed and are also incorporated herein.

Ms. Young will testify that Plaintiff's injuries are permanent and he has restrictions and limitations. She will testify in accordance with the original Functional Capacity Evaluations (all of them) performed at Starting Point Rehabilitation, as well as her rebuttal report. She will testify with respect to the issues and problems, as well as the conclusions and opinions of Margo Burns, Dr. Allison Fall and Dr. Brian Hoyt and the areas where she disagrees with the same and rebuts the same.

Ms. Young's opinions and her reports are incorporated herein.

5

**6.   Cynthia Bartmann**
Bartmann & Associates
22335 East Bellewood Drive
Centennial, Colorado  80015
Phone: 303-693-2464

Cynthia Bartmann's rebuttal Report dated June 13, 2020 is attached as Exhibit 6-A and is incorporated herein in its entirety. Her original report(s) were previously disclosed and are also incorporated herein.

Ms. Bartmann will testify concerning the additional records and reports she has reviewed in this case, as identified in her report, and the many medical doctors that have indicated Mr. Babcock is not able to work and that he needs 24/7 supervision, as a direct result of the injuries he sustained in the August 15, 2017 accident. She will testify it remains her opinion that the Plaintiff is not employable. He also has substantial limitations and restrictions, as well as loss of ability to enjoy life as he did prior to the accident.

Ms. Bartmann's opinions and her reports are incorporated herein.

Ms. Bartmann' charges for review of medical records and defense reports identified in her rebuttal report and charges for the rebuttal report are $1,165.00.

**7.   Jammie Massey** – Life Care Planner
Mountain View Rehabilitation
P.O. Box 7007
Denver, CO  80207
Phone: 720-550-7288

Jammie Massey's rebuttal Report dated June 29, 2020 is attached as Exhibit 7-A and is incorporated herein in its entirety. Her original report(s) were previously disclosed and are also incorporated herein.

Ms. Massey will testify consistent with her reports and the Life Care Plan she developed. She will testify concerning the report by Margo Burns, including the documents

6

Ms. Burns relied on to form her opinion, and the documents she seemed to fail to consider. Ms. Massey will testify the Life Care Plan she developed is comprehensive and accurate.

Jammie Massey's opinions and her reports are incorporated herein. She will testify that all the medical expenses were reasonable, necessary and were caused by and the result of the subject incident which occurred on August 15, 2017 are endorsed and designated as exhibits that said witness may refer to and testify about at trial.

8. **Dr. James Evenson**
   10254 455th Avenue
   Sisseton, SD  57262
   Phone: 605-742-0304

Dr. Evenson's rebuttal Report dated June 21, 2020 is attached as Exhibit 8-A and is incorporated herein in its entirety. His original report(s) were previously disclosed and are also incorporated herein.

Dr. Evenson will testify that Plaintiff's injuries are permanent; he has restrictions and limitations and the injuries he sustained in the August 15, 2017 accident have and will continue to impact and affect Plaintiff. These types of injuries will affect any type of work activities, if attempted, they will affect his recreational activities, and will affect his activities of daily living. Dr. Evenson will testify Plaintiff has suffered and will continue to suffer loss of income, fringe benefits and lost home services for the rest of his life. He will also testify as to his calculations for the Life Care Plan of Jammie Massey, now and in the future, as well as his present value calculations.

Dr. Evenson's opinions and his reports are incorporated herein. He will testify that all Plaintiff has suffered tremendously as a result of the subject incident which occurred on August 15, 2017.

**44.   Ptarmigan Emery**
   **Ptarmigan Legal RN Consulting**
   500 South Dahlia Circle, A208
   Denver, Colorado  80246
   303-351-2888

Ms. Emery attended the defense DCME's conducted by Dr. Allison Fall and Dr. Hal Wortzel. Her reports summarizing the visits, the exams, the conduct of the doctors, their demeanor and her observations during the defense IMEs. The reports are attached hereto as Exhibit 44 and are incorporated herein.

Ms. Emery' charges for her rebuttal report are $1,912.50.

### (II.) NON-RETAINED EXPERTS

**9.   Dr. Melissa Henston**
   Colorado NeuroBehavioral Health, P.C.
   1720 South Bellaire Street, Suite 907
   Denver, Colorado  80222
   720-482-8095

Dr. Henston's rebuttal Report dated June 11, 2020 is attached as Exhibit 9-A and is incorporated herein in its entirety. Her original report(s) were previously disclosed and are also incorporated herein.

She will testify concerning Plaintiff's issues prior to the subject accident, as well as the devasting injuries he suffered as a result of that accident. His injuries are permanent. She will testify Plaintiff was functioning fine and well prior to the crash, and not so afterwards. He has a severe TBI, which has and will continue to affect him for the rest of his life. She will testify as to all her testing, interpretation of the same, and her reports.

16. **Brian Wise, M.D.**

   Wise Psychiatry
   6053 South Quebec Street, Suite 203
   Centennial, Colorado   80111
   720-708-4287

Dr. Wise has been treating the Plaintiff for years. His rebuttal Report dated June 28, 2020, is attached hereto as Exhibit 16-A and is incorporated herein in its entirety. His records are incorporated herein.

Dr. Wise will testify in accordance with his rebuttal report, his treatment records and opinions and his deposition regarding Evan Babcock.

37. **Dr. Justin Moon**
   **Jordan Mast, PA**
   Denver Neurological Clinic, LLC
   9980 Park Meadows Drive, Suite 100
   Lone Tree, Colorado   80124
   720-481-2665

Dr. Moon and Jordan Mast will testify as previously disclosed. The report dated May 27, 2020, was previously provided to defense counsel and is again attached as Exhibit 37-A. The records are incorporated herein.

They will testify in accordance with the treatment records and opinions regarding Evan Babcock.

Dated: June 30, 2020.

Respectfully submitted,

By: /s/ A. Gary Bell, Jr.
A Gary Bell, Jr.
Bradley P. Pollock
BELL & POLLOCK, P.C.
7555 East Hampden Avenue, Suite 200
Denver, Colorado 80231
Telephone: 303-795-5900
Facsimile: 303-730-7000
Email: garybell@bellpollock.com
bradpollock@bellpollock.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **Plaintiff Evan Babcock's Fed. R. Civ. P. 26(b)(2) Rebuttal Expert Disclosures,** was sent via EMAIL, attachments via WeTransfer, on this 30th day of June, 2020, to the following:

Kurt Rozelsky
Chuan (CiCi) Cheng
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, Colorado 80202
Email: rozelsky@wtotrial.com
cheng@wtotrial.com
Attorneys for Defendants

/s/ Malea Ogilvie

Malea Ogilvie, Legal Assistant